IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| LACARLTON DEWAYNE MITCHELL,                Petitioner, | ) ) ) |
| v. | ) ) ) |
| WILLIAM STEPHENS, Director, Texas Department of Criminal Justice, Correctional Institutions Division,                Respondent. | ) ) ) ) |

Civil No. 7:11-CV-029-O-KA

ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and of the Report and Recommendation of the United States Magistrate Judge, I am of the opinion that the findings of fact, conclusions of law, and reasons for denial set forth in the Report and Recommendation of the Magistrate Judge are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, the petition for writ of habeas corpus is DENIED.

SO ORDERED this 28th day of April, 2014.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**